**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**STEIN & NIEPORENT LLP**
David Stein (DS 2119)
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Eugene Duncan and on behalf of all other persons similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　– vs. –<br><br>Botani Trimmings Inc.,<br><br>　　　　　Defendant. | DOCKET NO. 21-cv-4431<br>(RPK) (RLM)<br><br>**STATEMENT PURSUANT TO F.R.C.P. 7.1** |

　　　Pursuant to Fed. R. Civ. P. 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Botani Trimmings Inc. affirms that it does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated:　August 20, 2021

　　　　　　　　　　　　　　　　　_/s/ David Stein_
　　　　　　　　　　　　　　　　　─────────────────────────
　　　　　　　　　　　　　　　　　David Stein (DS 2119)
　　　　　　　　　　　　　　　　　STEIN & NIEPORENT LLP
　　　　　　　　　　　　　　　　　1441 Broadway, Suite 6090
　　　　　　　　　　　　　　　　　New York, NY 10018
　　　　　　　　　　　　　　　　　(212) 308-3444
　　　　　　　　　　　　　　　　　(212) 836-9595 (Fax)
　　　　　　　　　　　　　　　　　dstein@steinllp.com

　　　　　　　　　　　　　　　　　Attorneys for Defendant